IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ANGEL BARBOSA and ANTHONY FONTANA, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>-vs-<br><br>STORM SMART HOLDINGS LLC, THE SMART COMPANIES, LLC, and STORM SMART BUILDING SYSTEMS LLC,<br><br>    Defendants. | Case No.: 2:22-cv-00800-NPM |

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a), the parties notify the Court that the action is completely resolved as a result of mediation held on February 14, 2023 in a related case, *Gaume et. al. v. Storm Smart et. al.*, Case No. 2:22-cv-00253-NPM.

Dated February 15, 2023.

/s/ Jason L. Gunter
Jason L. Gunter
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley
Fla. Bar No. 111977
Email: Conor@GunterFirm.com
**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel. (239) 334-7017
*Counsel for Plaintiffs*

/s/ David S. Harvey, Jr.
David S. Harvey Jr., Esq.
Florida Bar No.: 0984043
Email: David.harvey@lewisbrisbois.com
**LEWIS BRISBOIS**
401 East Jackson St., Ste. 3400
Tampa, Florida 33602-5209
Tel: (813) 739-1900
*Counsel for Defendants*